FILED

JUN 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 25 CR 3 0 9** |
| | ) | Title 18, United States Code, |
| YOUSIF ABDULRAOUF ALHALLAQ, | ) | Section 1425(a) |
| | ) | |
| Defendant. | ) | **JUDGE BOYKO** |

GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1.     Defendant YOUSIF ABDULRAOUF ALHALLAQ (hereinafter "Defendant") was born in Kuwait and was a citizen of Jordan.

2.     On or about June 19, 2006, Defendant entered the United States pursuant to an H1B visa.  On or about October 7, 2011, Defendant filed a Form I-485, Application to Register Permanent Resident or Adjust Status.  On or about December 28, 2011, the Form I-485 filed by Defendant was approved, granting Defendant lawful permanent resident status in the United States.

3.     Since approximately September 2012, Defendant resided in the Northern District of Ohio and worked as a medical doctor.  In approximately the fall of 2014, Victim 1, a person known to the Grand Jury, became pregnant with Defendant's unborn child.  On or about December 21, 2014, Defendant poisoned Victim 1 with a drug to attempt to terminate Victim 1's pregnancy without Victim 1's consent or knowledge.

4.      On or about November 27, 2017, Defendant mailed a Form N-400 Application for Naturalization in the Northern District of Ohio that was considered officially filed on December 1, 2017.  Question 14C of the application asked Defendant: "Were you EVER involved in any way with any of the following: … C. Killing, or trying to kill someone?" Defendant answered, "No." Question 14D asked, "Were you **EVER** involved in any way with any of the following: … D. Badly hurting, or trying to hurt, a person on purpose?" Defendant answered, "No."  Question 22 asked, "Have you **EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested?" Defendant answered, "No."  Defendant signed the application, subject to the following certification: "I certify, under penalty of perjury, that I provided or authorized all of the information in my application.  I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct."

5.      On or about March 27, 2018, Defendant was placed under oath and interviewed in the Northern District of Ohio by an officer with the Department of Homeland Security, United States Citizenship and Immigration Services, regarding his N-400 application.  During the interview, Defendant verbally confirmed his "no" answers to the following questions: "14C. Were you EVER involved in any way with any of the following: Killing, or trying to kill, someone?"; "14D. Were you EVER involved in any way with any of the following: Badly hurting, or trying to hurt, a person on purpose?"; and "22. Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?"

6.      On or about May 4, 2018, Defendant became a naturalized United States Citizen in Stark County, Ohio, in the Northern District of Ohio.

7. On or about March 18, 2021, Defendant was indicted in the Stark County, Ohio Court of Common Pleas in Case No. 2021CR0567 and charged with the following offenses: Attempted Murder in violation of Ohio Revised Code, Sections 2923.02/2903.02(A), a Felony of the First Degree, alleging that on or about December 21, 2014, Defendant "did attempt to purposely cause the unlawful termination of [Victim 1's] pregnancy;" Felonious Assault in violation of Ohio Revised Code, Section 2903.11(A)(1), a Felony of the Second Degree, alleging that on or about December 21, 2014, Defendant "did knowingly cause serious physical harm to [Victim 1];" and Felonious Assault in violation of Ohio Revised Code, Section 2903.11(A)(1), a Felony of the Second Degree, alleging that on or about December 21, 2014, Defendant "did knowingly cause serious physical harm to [Victim 1 and Defendant's unborn child]."

8. On or about September 20, 2021, Defendant pled guilty to one count of Attempted Murder and two counts of Felonious Assault, as charged in the Indictment in the Stark County, Ohio Court of Common Pleas, Case No. 2021CR0567.  Defendant was sentenced to a term of four years imprisonment.

COUNT 1
(Naturalization Fraud, 18 U.S.C. § 1425(a)

The Grand Jury charges:

9. The factual allegations contained in paragraphs 1 through 8 of this Indictment are incorporated by reference as if stated fully herein.

10. Between on or about November 27, 2017, and May 4, 2018, in the Northern District of Ohio, Eastern Division, YOUSIF ABDULRAOUF ALHALLAQ, while a native of Kuwait and citizen of Jordan, did knowingly procure his naturalization as a United States citizen contrary to law, by making material misrepresentations causing his acquisition of citizenship, that is, Defendant made material false statements on a Form N-400 Application for

3

Naturalization that he mailed on or about November 27, 2017, and was considered filed on or about December 1, 2017, by answering "no" to questions 14C, which asked, "Were you ever involved in any way with any of the following: … (C) Killing, or trying to kill, someone?"; 14D, which asked, "Were you ever involved in any way with any of the following: […] (D) Badly hurting or trying to hurt a person on purpose?"; and 22, which asked, "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?", when in fact Defendant then well knew at the time of his application that on or about December 21, 2014, he had committed acts of Attempted Murder under Ohio Revised Code, Sections 2923.02/2903.02(A), and Felonious Assault under Ohio Revised Code, Section 2903.11(A)(1), for which he was subsequently convicted in the Stark County, Ohio Court of Common Pleas, Case, Case No. 2021CR0567, on or about September 20, 2021.

All in violation of Title 18, Section 1425(a), United States Code.

COUNT 2
(Naturalization Fraud, 18 U.S.C. § 1425(a))

The Grand Jury further charges:

11. The factual allegations contained in paragraphs 1 through 8 of this Indictment are incorporated by reference as if stated fully herein.

12. Between on or about November 27, 2017, and May 4, 2018, in the Northern District of Ohio, Eastern Division, YOUSIF ABDULRAOUF ALHALLAQ, while a native of Kuwait and citizen of Jordan, did knowingly procure his naturalization as a United States citizen contrary to law, by making material misrepresentations causing his acquisition of citizenship, that is, Defendant made material false statements during his interview on or about March 27, 2018, by verbally confirming his "no" answers to questions 14C, which asked, "Were you ever involved in any way with any of the following: Killing, or trying to kill, someone?"; 14D, which

4

asked, "Were you ever involved in any way with any of the following: Badly hurting or trying to hurt a person on purpose?"; and 22, which asked, "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?", when in fact Defendant then well knew at the time of the interview that on or about December 21, 2014, he had committed acts of Attempted Murder under Ohio Revised Code, Sections 2923.02/2903.02(A), and Felonious Assault under Ohio Revised Code, Section 2903.11(A)(1), for which he was subsequently convicted in the Stark County, Ohio Court of Common Pleas, Case, Case No. 2021CR0567, on or about September 20, 2021.

All in violation of Title 18, Section 1425(a), United States Code.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.