IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR00309 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE AMANDA M. |
| | ) | KNAPP |
| | ) | |
| v. | ) | |
| | ) | |
| YOUSIF ALHALLAQ, | ) | |
| | ) | |
| Defendant. | | JOURNAL ENTRY |

This matter came on to be heard upon the petition of Matthew W. Shepherd, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Lake Erie Correctional Institution, Conneaut, Ohio, and/or the United States Marshal at Akron, Ohio or their designee, and/or Homeland Security Investigations ("HSI").  The Court, being fully advised in the said matter, finds that the said Yousif Alhallaq, is detained in the Lake Erie Correctional Institution, Conneaut, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging violations of Title 18, United States Code, Section 1425(a), at Akron, Ohio, before the Honorable Magistrate Judge Amanda M. Knapp on July 9, 2025, at 10:00 AM, and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Akron, Ohio or their designee, and/or HSI.

_____

UNITED STATES MAGISTRATE JUDGE